# THE MARKS LAW FIRM, P.C.

May 27, 2022

**Filed via ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007



RE:   Graciela Doncouse v. Billy Reid, Inc. et al
       Index: 1:22-cv-2703-KPF

Dear Judge Failla,

   Plaintiff respectfully requests an adjournment of the currently scheduled initial conference for June 1, 2022 at 2:30pm. Defendants Billy Reid, Inc. and Lantond, LLC were served through the secretary of state on April 12, 2022. To date, no defendant has appeared, answered or otherwise moved. Plaintiff requests additional time to make attempts to contact defendants to make sure they are aware of the pending matter and have them participate in an initial conference. Therefore, Plaintiff requests a thirty (30) day adjournment of the initial conference. This is the first request of its kind.

   We thank you and the Court for its time and consideration.

Regards,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

155 E 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The initial pretrial conference in this matter is hereby ADJOURNED to **July 13, 2022, at 10:00 a.m.**

The Clerk of Court is directed to terminate the motion at docket entry 8.

Dated:  May 31, 2022
        New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE