UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA DONCOUSE,<br><br>          Plaintiffs,<br><br>v.<br><br>BILLY REID, INC. AND LANTOND, LLC.,<br><br>          Defendants. | Case No. 1:22-cv-02703-KPF<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff **Graciela Doncouse** ("Plaintiff") and Defendants **Billy Reid, Inc.** and **Lantond, LLC.** ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE against all parties. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
      **September 28**, 2022

**ORTOLI ROSENSTADT LLP**

By _/s/ Marc Gottlieb_
Marc Steven Gottlieb, Esq.
366 Madison Ave, 3rd Floor
New York, NY 10017
Telephone: (212) 829-8943
*Attorneys for Defendant*
***LANTOND, LLC.***

**THE MARKS LAW FIRM, P.C.**

By _/s/_
Bradly G. Marks, Esq.
155 East 55th Street, Suite 6A
New York, NY 10022
Telephone: (646) 770-3775
*Attorneys for Plaintiff*
***GRACIELA DONCOUSE***

**KILPATRICK TOWNSEND & STOCKTON LLP**

By _/s/ Wol_
Bryan Jacob Wolin, Esq.
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
*Attorneys for Defendant*
***BILLY REID, INC.***